```
1  BENJAMIN B. WAGNER
   United States Attorney
2  RUSSELL L. CARLBERG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2748
```

FILED

DEC 7 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> WILEY C. CHANDLER, ) <br> ANDREW B. KATAKIS, ) <br> DONALD M. PARKER, ) <br> ANTHONY B. JOACHIM, and ) <br> W. THEODORE LONGLEY, ) <br> ) <br> Defendants. ) | CR. NO. 2:11-CR-511 JAM <br><br> ORDER TO SEAL <br> (UNDER SEAL) <br><br> **SEALED** |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Russell L. Carlberg to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until further order of the Court.

DATED: Dec 7, 2011

_____
KENDALL J. NEWMAN
United States Magistrate Judge

1