```
                                                    FILED
                                                    December 13, 2011
          UNITED STATES DISTRICT COURT              CLERK, US DISTRICT COURT
                                                    EASTERN DISTRICT OF
      FOR THE EASTERN DISTRICT OF CALIFORNIA        CALIFORNIA
                                                    DEPUTY CLERK
```

UNITED STATES OF AMERICA,      )
                               )      CASE NUMBER: 2:11-cr-00511 JAM
            Plaintiff,         )
v.                             )      ORDER FOR RELEASE
                               )      OF PERSON IN CUSTODY
WILEY CHANDLER,                )
                               )
            Defendant.         )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Wiley Chandler</u>; Case <u>2:11-cr-00511 JAM</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of _____

    <u>X</u>    Unsecured Appearance Bond in the amount of <u>$250,000.00</u>, to be replaced by a secured bond, secured by defendant's Oregon property, within two weeks.

    __    Appearance Bond with 10% Deposit

    __    Appearance Bond secured by Real Property

    __    Corporate Surety Bail Bond

    <u>X</u>    (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>12/13/2011</u> at $3^{20}$ p.m.

By _____
Kendall J. Newman
United States Magistrate Judge