

FILED

DEC 27 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Jeffrey L. Bornstein (State Bar No. 99358)
CLAUDIA A. QUIROZ (State Bar No. 254419)
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: 415.882.8200
Facsimile: 415.882.8220

Attorneys for Defendant
WILEY C. CHANDLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:11-CR-0492 EJG |
| | 2:11-CR-0511 EJG DAD |
| Plaintiff, | |
| | STIPULATION AND [~~PROPOSED~~] |
| v. | ORDER EXTENDING DEADLINE TO |
| | POST SECURED BOND |
| WILEY C. CHANDLER, | |
| | Date: December 15, 2011 |
| Defendant. | Time: 10:00 a.m. |
| | Court: Courtroom 3, 17th Floor |

On December 13, 2011, Defendant Wiley C. Chandler was released on an Unsecured Appearance Bond in the amount of $250,000.00. Notice and Order of Release, Dkt. Nos. 19, 23. The Court ordered that the unsecured bond must be replaced by a secured bond, secured by Mr. Chandler's Oregon property, by December 27, 2011.

In connection with the requirement to post a secured bond and pursuant to the government's request, Mr. Chandler obtained and provided to the government a title search from a title company and an appraisal of his property. Given the holiday season, however, Mr. Chandler was not able to provide this documentation to the government before December 27, 2011. Mr. Chandler, through counsel, is now in the process of recording the trust deed naming the Clerk as beneficiary and recording it with the County Recorder's Office, pursuant to Local Rule 151(i).

Preparing the required paperwork to complete this process will take a few additional days. Accordingly, the parties hereby stipulate to extending the deadline for Mr. Chandler to replace the

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO POST SECURED BOND**

Unsecured Appearance Bond in the amount of $250,000.00 with a secured bond, secured by his Oregon property, until Tuesday, January 3, 2012.

IT IS SO STIPULATED.

K&L GATES LLP

Dated: December 27, 2011      By:     */s/ Jeffrey L. Bornstein*
Jeffrey L. Bornstein
Claudia A. Quiroz
Attorneys for Defendant Wylie C. Chandler

UNITED STATES ATTORNEY'S OFFICE

Dated: December 27, 2011      By:     */s/ Russell L. Carlberg*
(as authorized on December 27, 2011)
Russell L. Carlberg
Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: December 27, 2011

HONORABLE DALE A. DROZD
United States Magistrate Judge

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO POST SECURED BOND**