BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

ANNA TRYON PLETCHER
TAI S. MILDER
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 436-6660

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-CR-511 EJG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| v. ) | |
| ) | Date:  1/27/12 |
| WILEY C. CHANDLER, ) | Time:  9:15 a.m. |
| ANDREW B. KATAKIS, ) | Judge: Hon. Edward J. Garcia |
| DONALD M. PARKER ) | |
| ANTHONY B. JOAQUIM  and ) | |
| W. THEODORE LONGLEY, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Russell L. Carlberg, Assistant United States Attorney, together with counsel for defendant Wiley C. Chandler, Jeffrey L. Bornstein, Esq., counsel for defendant Andrew B. Katakis, Paul J. Pfingst, Esq., counsel for defendant Donald M.

1

1  Parker, Scott L. Tedmon, Esq., counsel for defendant Anthony B.
2  Joachim, Thomas A. Johnson, Esq., and counsel for defendant W.
3  Theodore Longley, Matthew Bockman, Esq., that the status conference
4  presently set for January 17, 2012, be **continued to January 27, 2012**
5  **at 9:15 a.m.**, thus **vacating** the presently set status conference.
6  
7  The reason for the continuance is that previous status conference
8  was set before this case was reassigned to this Court.  See Related
9  Case Order, Docket No. 37.  Additionally, defense counsel require
10 additional time to review discovery.
11     It is further stipulated that the time between January 17, 2012
12 and January 27, 2012 can appropriately be excluded from the Speedy
13 Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii)(Local Code T-2)
14 and 18 U.S.C. § 3161(h)(7)(B)(iv)(Local T-4).  This is based on the
15 complexity of the case, including thousands of pages of discovery,
16 the fact there are five codefendants, and the complex nature of the
17 legal and factual issues in the case based on the antitrust and
18 fraud allegations in the Indictment against all the defendants.
19 IT IS SO STIPULATED.
20 
21 DATE: January 11, 2012          /s/
22                                 JEFFREY L. BORNSTEIN*
23                                 Attorney for WILEY C. CHANDLER
24 
25 DATE: January 11, 2012          /s/
26                                 PAUL J. PFINGST*
27                                 Attorney for ANDREW B. KATAKIS
28

```
DATE: January 11, 2012          /s/
                                SCOTT L. TEDMON*
                                Attorney for DONALD M. PARKER


DATE: January 11, 2012          /s/
                                THOMAS A. JOHNSON*
                                Attorney for ANTHONY B. JOACHIM


DATE: January 11, 2012          /s/
                                MATTHEW BOCKMAN*
                                Attorney for W. THEODORE LONGLEY


DATE: January 11, 2012          /s/
                                BENJAMIN B. WAGNER
                                United States Attorney



                          By:   /s/
                                RUSSELL L. CARLBERG
                                Assistant U.S. Attorney



DATE: January 11, 2012          /s/
                                ANNA T. PLETCHER
                                TAI S. MILDER
                                Trial Attorneys
                                Antitrust Division
                                United States Department of Justice
```

*Signed with permission.

\\

\\

\\

\\

\\

3

**O R D E R**

GOOD CAUSE APPEARING, it is hereby ordered that the January 17, 2012 status conference be continued to January 27, 2012 at 9:15 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii)(Local Code T-2) and 18 U.S.C. § 3161(h)(7)(B)(iv)(Local Code T-4) from the date of this order to January 27, 2012.

IT IS SO ORDERED.

Dated: January 12, 2012         /s/ Edward J. Garcia
                                HON. EDWARD J. GARCIA
                                United States District Judge