1 │ BENJAMIN B. WAGNER
  │ United States Attorney
2 │ RUSSELL CARLBERG
  │ Assistant U.S. Attorney
3 │ 501 "I" Street, Suite 10-100
  │ Sacramento, California  95814
4 │ Telephone:  (916) 554-2700

5 │ ANNA T. PLETCHER
  │ TAI S. MILDER
6 │ Trial Attorneys
  │ U.S. Department of Justice
7 │ Antitrust Division
  │ 450 Golden Gate Avenue, Room 10-0101
8 │ San Francisco, CA 94102
  │ Telephone: (415) 436-6660)554-2748
9 │

10 │

11 │              IN THE UNITED STATES DISTRICT COURT

12 │            FOR THE EASTERN DISTRICT OF CALIFORNIA

13 │

14 │ UNITED STATES OF AMERICA,      )      2:11-CR-511 EJG
   │                                )
15 │          Plaintiff,            )      STIPULATION AND
   │                                )      PROTECTIVE ORDER RE:
16 │      v.                        )      DISSEMINATION OF DISCOVERY
   │                                )      MATERIALS
17 │ WILEY C. CHANDLER,             )
   │ ANDREW B. KATAKIS,             )
18 │ DONALD M. PARKER               )
   │ ANTHONY B. JOAQUIM  and        )
19 │ W. THEODORE LONGLEY,           )
   │                                )
20 │          Defendants.           )
   │ _____ )

21 │

22 │     IT IS HEREBY STIPULATED AND AGREED among the parties that

23 │ the documents provided as discovery in this case to defense

24 │ counsel are subject to a Protective Order.  Defendants are

25 │ charged with bid rigging and fraud related to non-judicial public

26 │ foreclosure auctions in San Joaquin County ("public auctions").

27 │     The parties agree that discovery in this case contains

28 │ "Protected Materials," which is defined here as reports of

1

1   interviews, grand jury testimony, and documents produced to the

2   grand jury or its agents, documents seized pursuant to a search

3   warrant, documents voluntarily provided to the government, victim

4   and witness social security numbers, driver's license numbers,

5   dates of birth, addresses, telephone numbers, and email

6   addresses.  The Protective Order signed in this case extends to

7   all documents provided, including those concerning conduct not

8   directly charged in the Indictment.

9       By signing this Stipulation, defense counsel agree that the

10  Protected Materials are being entrusted to counsel only for the

11  purposes of representing their respective defendants in this

12  criminal case.  Further, defense counsel agree not to share any

13  Protected Materials with anyone other than their designated

14  defense investigators, experts, support staff, and certain non-

15  parties as described below.  Defense counsel may permit the

16  defendants to review the Protected Materials and be aware of

17  their contents, but defendants shall not be provided any copies

18  of the Protected Materials which have not been redacted.  Any

19  person receiving Protected Materials or a copy of Protected

20  Materials from counsel for the defendants shall be bound by the

21  same obligations as counsel and further may not give the

22  Protected Materials to anyone (except that the protected

23  documents shall be returned to counsel).

24      The parties, including their counsel, agree not to disclose

25  these materials to non-parties to the criminal action except as

26  needed for the defense or prosecution of the criminal action and

27  only if the non-party signs the attached Acknowledgment of

28  Protective Order.  If any party wishes to utilize the services of

1 any non-party, including but not limited to an investigator,

2 expert or other individual to review the Protected Materials in

3 connection with the preparation of a defense, prior to receiving

4 access to the materials, such individual must sign a copy of the

5 "Acknowledgment of Protective Order" attached to a copy of this

6 Order.

7     Notwithstanding the foregoing, after the trial date has been

8 confirmed in this case, counsel, staff and/or the investigators

9 for the defendants may make copies of the Protected Materials for

10 trial preparation and presentation.  Any copies must, however,

11 remain in the possession of counsel, investigator, staff, expert,

12 or the Court.

13     In the event that a defendant substitutes counsel,

14 undersigned defense counsel each agree to withhold these

15 documents from new counsel unless and until substituted counsel

16 agrees also to be bound by this order.

17

18

19 DATE: 1/11/2012                /s/_____
20                                JEFFREY L. BORNSTEIN
                                  Attorney for WILEY C. CHANDLER

21

22 DATE: 1/11/2012                /s/_____
                                  PAUL J. PFINGST
23                                Attorney for ANDREW B. KATAKIS

24

25 DATE: 1/11/2012                /s/_____
                                  SCOTT L. TEDMON
26                                Attorney for DONALD M. PARKER

27

28 DATE: 1/11/2012                /s/_____
                                  THOMAS A. JOHNSON
                                  Attorney for ANTHONY B. JOACHIM

1

2

DATE: 1/11/2012                        /s/
3                                      MATTHEW C. BOCKMON
                                       Attorney for W. THEODORE LONGLEY
4

5

DATE: 1/11/2012                        /s/
6                                      BENJAMIN B. WAGNER
                                       United States Attorney
7

8
                                  By:  /s/
9                                      RUSSELL L. CARLBERG
                                       Assistant U.S. Attorney
10

11

DATE:                                  /s/
12                                     ANNA T. PLETCHER
                                       TAI S. MILDER
13                                     Trial Attorneys
                                       Antitrust Division
14                                     United States Department of Justice

15

16

**IT IS SO ORDERED**:
17

DATED: January 12, 2012.
18                                     EDMUND F. BRENNAN
                                       UNITED STATES MAGISTRATE JUDGE
19

20

21

22

23

24

25

26

27

28

4

1       **ACKNOWLEDGMENT OF PROTECTIVE ORDER**

2          The undersigned hereby acknowledges that he or she has

3    received a copy of the Stipulation and Protective Order Re:

4    Dissemination of Discovery Materials ("Protective Order") issued

5    in United States v. Chandler, et al, 2:11-CR-511 EJG (E.D. CA),

6    has read, understands, and agrees to the terms of the Protective

7    Order, and hereby submits to the jurisdiction of the United

8    States District Court for the Eastern District of California for

9    the purposes of enforcement of the terms of the Protective Order

10   and the punishment of any violations thereof.

11
     DATED:
12

13

14                                          _____
                                            Signature
15

16                                          _____
                                            Street Address
17
                                            _____
18                                          City, State, and Zip Code

19                                          _____
                                            Area Code/Telephone Number
20

21

22

23

24

25

26

27

28