BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

ANNA TRYON PLETCHER
TAI S. MILDER
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 436-6660

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-CR-511 EJG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| v. ) | |
| ) | Date: 2/24/12 |
| WILEY C. CHANDLER, ) | Time: 10:00 a.m. |
| ANDREW B. KATAKIS, ) | Judge: Hon. Edward J. Garcia |
| DONALD M. PARKER ) | |
| ANTHONY B. JOAQUIM  and ) | ***AS MODIFIED - time changed,*** |
| W. THEODORE LONGLEY, ) | ***pg.3*** |
| ) | |
| Defendants. ) | |
| _____) | |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Russell L. Carlberg, Assistant United States Attorney, together with counsel for defendant Wiley C. Chandler, Jeffrey L. Bornstein, Esq., that Mr. Chandler's change of plea hearing presently set for February 10, 2012, be **continued to**

1

**February 24, 2012 at 10:00 a.m.** The reason for the continuance is that Mr. Chandler is not feeling well and would appreciate additional time before leaving to travel to Sacramento to appear in court.

At a status hearing on January 27, 2012, the Court ordered time excluded from the Speedy Trial Act until April 27, 2012 for all defendants in this case, including Mr. Chandler, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii)(Local Code T-2) and 18 U.S.C. § 3161(h)(7)(B)(iv)(Local T-4). This was based on the complexity of the case, including thousands of pages of discovery, the fact there are five codefendants, and the complex nature of the legal and factual issues in the case based on the antitrust and fraud allegations in the Indictment against all the defendants.

IT IS SO STIPULATED.

```
DATE: February 8, 2012      /s/
                            JEFFREY L. BORNSTEIN*
                            Attorney for WILEY C. CHANDLER

DATE: February , 2012    BENJAMIN B. WAGNER
                         United States Attorney

                    By:  /s/
                         RUSSELL L. CARLBERG*
                         Assistant U.S. Attorney

DATE: February 8, 2012      /s/
                            ANNA T. PLETCHER
                            TAI S. MILDER
                            Trial Attorneys
                            Antitrust Division
                            United States Department of Justice
```

*Signed with permission.

2

**O R D E R**

GOOD CAUSE APPEARING, it is hereby ordered that the February 10, 2012 change of plea hearing be continued to February 24, 2012 at ***9:00 AM.***

IT IS SO ORDERED.

Dated: 2/9/12              /s/ Edward J. Garcia
                           HON. EDWARD J. GARCIA
                           United States District Judge