UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**MEMORANDUM AND ORDER**



FILED
APR 0 2 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

RE: Wiley C. CHANDLER
Docket Number: 2:11CR00511-01
<u>**CONTINUANCE OF JUDGMENT
AND SENTENCING; ORDER**</u>

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from sentencing on 06/01/2012 to status on 09/14/2012.

**REASON FOR CONTINUANCE:** The defendant is one of several codefendants in this case. Those defendants are still pending, and the parties agree the case should be set for status rather than sentencing.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

/s/ Linda L. Alger
Linda L. Alger
Senior United States Probation Officer

**REVIEWED BY:** /s/ Hugo Ortiz
HUGO ORTIZ
Supervising United States Probation Officer

Dated: March 28, 2012
Sacramento, California
LLA

Attachment

cc: Clerk, United States District Court
United States Attorney's Office
United States Marshal's Office
Federal Defender (If defense counsel is court-appointed)
Probation Office Calendar clerk

✓ Approved                EDWARD J. GARCIA              4/2/12
___ Disapproved            Senior United States District Judge    Date