DORON WEINBERG (SBN 46131)
LAW OFFICE OF DORON WEINBERG
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile: (415) 552-2703
email: doronweinberg@aol.com

Attorney for Defendant
RICHARD W. NORTHCUTT

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>WILEY C. CHANDLER, et. al.,<br><br>    Defendants. | **CASE NO. 2:11-CR-511 EJG**<br><br>**STIPULATION WAIVING DEFENDANT RICHARD NORTHCUTT'S PRESENCE AT HEARING; ORDER**<br><br>DATE:    July 13, 2012<br>TIME:    2:00 p.m.<br>JUDGE:   Hon. Kendall J. Newman |

IT IS HEREBY STIPULATED by and between the United States of America, through its counsel, Assistant United States Attorney Russell L. Carlberg, and defendant Richard W. Northcutt, by and through his counsel, Doron Weinberg, that defendant's presence may be waived at the hearing on Defendant's Motion to Quash the Third Party Subpoena, scheduled to be heard on July 13, 2012 at 2:00 p.m. before the Honorable Kendall J. Newman, Presiding.

BENJAMIN B. WAGNER
United States Attorney

Dated: July 5, 2012          By:  /s/ Russell L. Carlberg
                                  RUSSELL L. CARLBERG
                                  Assistant United States Attorney

1

Dated: July 5, 2012                                LAW OFFICES OF DORON WEINBERG

          /s/ Doron Weinberg
DORON WEINBERG
Attorney for Defendant
RICHARD W. NORTHCUTT

**IT IS SO ORDERED:**

Dated:  July 5, 2012

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2