```
1  BENJAMIN B. WAGNER
   United States Attorney
2  RUSSELL L. CARLBERG
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

5  ANNA TRYON PLETCHER
   TAI S. MILDER
6  Trial Attorneys
7  U.S. Department of Justice
   Antitrust Division
8  450 Golden Gate Avenue, Room 10-0101
   San Francisco, CA 94102
9  Telephone: (415) 436-6660
```

FILED
SEP 1 2 ~~2011~~ 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-CR-511 EJG |
| ) | |
| Plaintiff, ) | STIPULATION AND ~~[PROPOSED]~~ |
| ) | ORDER TO CONTINUE STATUS |
| v. ) | CONFERENCE |
| ) | |
| WILEY C. CHANDLER, ) | |
| ) | c/EJG |
| Defendant. ) | |

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

This case was charged on December 7, 2011. Defendant Wiley C. Chandler pleaded guilty on February 28, 2012. Four defendants, Andrew B. Katakis, Donald M. Parker, Anthony B. Joachim, and W. Theodore Longley, remain in the case. These four defendants are on the Court's calendar for a status conference on October 26, 2012. Mr. Chandler is currently on the Court's calendar for a status

1

conference on September 14, 2012.

Mr. Chandler, however, may be called as a witness and the government will not be able to fully determine its sentencing recommendation for Mr. Chandler until after a trial in this case. Therefore, per agreement with defense counsel, it is respectfully requested that the status conference for Mr. Chandler that is currently set for September 14, 2012 be continued to November 9, 2012 at 10:00 a.m. The United States Probation Office is in accord with this approach. It is anticipated that at that time, the parties will be in a better position to request a judgment and sentencing date and disclosure schedule for the presentence report.

Dated: September 11, 2012	Respectfully Submitted,

              Benjamin B. Wagner
              United States Attorney

           By: s/Russell Carlberg*
              RUSSELL L. CARLBERG
              Assistant U.S. Attorney


              Joseph F. Wayland
              Acting Assistant Attorney
              General

           By: s/Anna Pletcher
              ANNA TRYON PLETCHER
              TAI S. MILDER
              Trial Attorneys
              U.S. Department of Justice
              Antitrust Division


           By: s/Jeffrey Bornstein*
              JEFFREY L. BORNSTEIN*
*Signed with permission    Counsel for Defendant

[~~PROPOSED~~] ORDER

For the reasons stated above, the Court continues the status conference regarding judgment and sentencing for defendant Wiley C. Chandler to November 9, 2012 at 10:00 a.m.

IT IS SO FOUND AND ORDERED this 12th day of September, 2012.

_____
EDWARD J. GARCIA
UNITED STATES SENIOR DISTRICT JUDGE