1  Jeffrey L. Bornstein (State Bar No. 99358)
   Claudia A. Quiroz (State Bar No. 254419)
2  K&L GATES LLP
   4 Embarcadero Center, Suite 1200
3  San Francisco, CA  94111
   Telephone: 415.882.8200
4  Facsimile: 415.882.8220

5  Attorneys for Defendant
   WILEY C. CHANDLER
6

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,        | Case No. 2:11-CR-0511 WBS

11 |         Plaintiff,

12 |                                  | **STIPULATION AND [~~PROPOSED~~]
   |                                  | ORDER REGARDING MODIFICATION
   | v.                               | OF DEFENDANT WILEY C.
13 |                                  | CHANDLER'S SECURED BOND**

14 | WILEY C. CHANDLER,

15 |         Defendant.

16

17       On December 13, 2011, Defendant Wiley C. Chandler was released on an Unsecured

18 Appearance Bond in the amount of $250,000.00.  [Notice and Order of Release, Dkt. Nos. 19, 23.]

19 The Court ordered that the unsecured bond must be replaced by a secured bond, secured by Mr.

20 Chandler's Oregon property.

21       On January 11, 2012, Mr. Chandler deposited an original Deed of Trust for his Oregon

22 property naming the Clerk of the Court as beneficiary and filed an original Straight Note with the

23 Clerk of the Court, pursuant to Local Rule 151(i).

24       On February 24, 2012, Mr. Chandler entered a plea of guilty in Court to Counts One and Two

25 of the indictment, charging him with bid rigging in violation of 15 U.S.C. § 1 and conspiracy to

26 commit mail fraud in violation of 18 U.S.C. § 1349, respectively.  [Dkt. Nos. 64 and 65.]  This case

27 remains pending for some of Mr. Chandler's co-defendants, which is set for trial on November 4,

28 2013.  [Dkt. No. 109 at 3-4.]  The government has indicated that it will not be able to fully determine

**STIPULATION AND [PROPOSED] ORDER RE MODIFICATION OF DEFENDANT WILEY
C. CHANDLER'S SECURED BOND**

its sentencing recommendation for Mr. Chandler and some of his co-defendants until after trial. [*Id.* at 4.] Accordingly, no sentencing hearing will be set for Mr. Chandler until December, 2013 at the earliest.

Mr. Chandler's counsel and the government have discussed modifying Mr. Chandler's secured bond to an unsecured bond. The government does not oppose such a modification. This matter has also been discussed with U.S. Pretrial Services. Mr. Chandler's Pretrial Officer, Darryl Walker, notified Mr. Chandler's counsel and the government that U.S. Pretrial Services agrees with the modification set forth herein since Mr. Chandler has been in compliance with his release conditions.

Accordingly, the parties hereby stipulate to modify Mr. Chandler's bond to replace the secured bond secured by his Oregon property to an Unsecured Appearance Bond.

IT IS SO STIPULATED.

K&L GATES LLP

Dated: December 31, 2012   By:   */s/ Claudia A. Quiroz*
Jeffrey L. Bornstein
Claudia A. Quiroz
Attorneys for Defendant Wiley C. Chandler

UNITED STATES DEPARTMENT OF JUSTICE, ANTITRUST DIVISION

Dated: December 31, 2012   By:   */s/ Anna Tryon Pletcher*
(as authorized on December 31, 2012)
Anna Tryon Pletcher
Tai S. Milder
Trial Attorneys
U.S. Department of Justice
Antitrust Division

**IT IS SO ORDERED.**

DATED: January 2, 2013

_____
HONORABLE ALLISON CLAIRE
United States Magistrate Judge

**STIPULATION AND [PROPOSED] ORDER RE MODIFICATION OF DEFENDANT WILEY C. CHANDLER'S SECURED BOND**