UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW B. KATAKIS,<br>DONALD M. PARKER,<br>ANTHONY B. JOACHIM, and<br>W. THEODORE LONGLEY,<br><br>　　　　　Defendants. | No. 2:11-CR-00511-WBS<br><br>ORDER RE: MOTION TO SEVER |

----oo0oo----

　　　　Defendant Joachim moves to sever his case from co-defendant Katakis, or, alternatively, to sever Count 3 against Katakis from the joint trial. Defendant Parker joins in the motion. Defendant Katakis takes no position. Defendant Longley's position, as the court understands it, is simply that he wishes to go to trial as scheduled, regardless of whether the motion to sever is granted or denied.  The moving defendants contend that the evidence relating to Count 3 will jeopardize

1

1 | their right to a fair trial on Counts 1 and 2.

2 |       Rule 14 of the Federal Rules of Criminal Procedure
3 | allows a court to order separate trials of counts or sever
4 | defendants' trials "if the joinder of offenses or defendants in
5 | an indictment, an information, or a consolidation for trial
6 | appears to prejudice a defendant or the government." Fed. R.
7 | Crim. P. 14. As a general rule, however, "defendants jointly
8 | charged are to be jointly tried." United States v. Ramirez, 710
9 | F.2d 535, 545 (9th Cir. 1983). Further, "a joint trial is
10 | particularly appropriate where the co-defendants are charged with
11 | conspiracy." United States v. Fernandez, 388 F.3d 1199, 1242
12 | (9th Cir. 2004), modified, 425 F.3d 1248 (9th Cir. 2005).

13 |       Here, the co-defendants are charged with conspiracy and
14 | have not presented any persuasive argument to compel a departure
15 | from these general principles. The court can address defendant's
16 | concerns through proper limiting instructions to the jury to
17 | consider the evidence as against each defendant on each count
18 | separately. As only Katakis faces Count 3, it is reasonable to
19 | expect that the jury will be able to compartmentalize the
20 | evidence as it relates to the separate defendants. See United
21 | States v. Escalante, 637 F.2d 1197, 1201 (9th Cir. 1980).

22 |       IT IS THEREFORE ORDERED that defendants' Motion to
23 | Sever Defendants and/or counts for trial be, and the same hereby
24 | is, DENIED.

25 | Dated:  October 7, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2