1  Jeffrey L. Bornstein (SBN 99358)
   jeff.bornstein@klgates.com
2  K&L GATES LLP
   4 Embarcadero Center, Suite 1200
3  San Francisco, CA 94111
   Telephone: 415.882.8200
4  Facsimile: 415.882.8220

5  Attorneys for Defendant
   WILEY C. CHANDLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>WILEY C. CHANDLER,<br><br>              Defendant. | Case No. 2:11-CR-0511 WBS<br><br>**STIPULATION AND ORDER REGARDING TERMINATION OF WILEY CHANDLER'S PRETRIAL SERVICES SUPERVISION**<br><br>Courtroom: 5<br>Judge: Honorable William B. Shubb |

**STIPULATION AND [PROPOSED] ORDER REGARDING TERMINATION OF WILEY CHANDLER'S PRETRIAL SERVICES SUPERVISION**

This matter was initiated by the filing of an Indictment on December 7, 2011, charging the defendant, WILEY CHANDLER, with a violation of 15 U.S.C § 1 Bid Rigging, and 18 U.S.C. § 1349 Conspiracy to Commit Mail Fraud (counts one and two respectively).

The defendant made an initial appearance on December 13, 2011, at which time not guilty pleas were entered. An Unsecured Appearance Bond was filed that same day [Dkt. No. 18], along with a Notice to Defendant Being Released [Dkt. No. 19] and an Order Setting Conditions of Release [Dkt. No. 23].

On or about October 16, 2014, Darryl Walker of U.S. Pretrial Services proposed that Mr. Chandler be removed from Pretrial Services supervision as Mr. Chandler:

1. Has maintained contact with Pretrial Services on a weekly basis.
2. Has been fully in compliance with the terms of his pre-trial supervision.
3. Does not possess a passport.
4. Mr. Chandler would remain subject to the Appearance Bond.

In light of circumstances set forth herein above, the defendant WILEY CHANDLER, through his counsel of record, Jeff Bornstein, and plaintiff United States of America, through its counsel, Trial Attorney Anna Tryon Pletcher, agree and stipulate that the conditions of Mr. Chandler's pretrial release be modified to remove him from pretrial supervision by the Eastern District Pretrial Services office. All other conditions of release shall remain in effect.

IT IS SO STIPULATED.

K&L GATES LLP

Dated: October 21, 2014       By:   */s/ Jeffrey L. Bornstein*
                                    Jeffrey L. Bornstein
                                    Attorneys for Defendant Wiley C. Chandler

UNITED STATES DEPARTMENT OF JUSTICE, ANTITRUST DIVISION

Dated: October 21, 2014       By:   */s/ Anna T. Pletcher* (as authorized on 10/19/14)
                                    Anna Tryon Pletcher
                                    Trial Attorney
                                    U.S. Department of Justice
                                    Antitrust Division

1

**STIPULATION AND [PROPOSED] ORDER REGARDING TERMINATION OF WILEY CHANDLER'S PRETRIAL SERVICES SUPERVISION**

**ORDER**

GOOD CAUSE APPEARING THEREFORE, and pursuant the stipulation of the parties, IT IS HERBY ORDERED that the conditions of defendant's pretrial release are hereby modified so as to remove Mr. Chandler from pretrial supervision currently conducted through the Eastern District's Pretrial Services Office. All other conditions of release shall remain in effect.

IT IS SO ORDERED.

Dated: October 21, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE