ANNA TRYON PLETCHER (Cal. Bar No. 239730)
TAI S. MILDER (Cal. Bar No. 267070)
MAY LEE HEYE (Cal. Bar No. 209366)
KELSEY C. LINNETT (Cal. Bar No. 274547)
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, California 94102-3478
Telephone: (415) 934-5300

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>   v.<br><br>ANTHONY B. GHIO,<br><br>      Defendant. | No. 2:10-CR-0144 WBS |
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>   v.<br><br>THEODORE B. HUTZ,<br><br>      Defendant. | No. 2:10-CR-0238 WBS |
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>   v.<br><br>JOHN R. VANZETTI,<br><br>      Defendant. | NO. 2:10-CR-0239 WBS |

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**

```
UNITED STATES OF AMERICA,          NO. 2:11-CR-0038 WBS

            Plaintiff,
       v.

RICHARD W. NORTHCUTT,

            Defendant.
_____

UNITED STATES OF AMERICA,          No. 2:11-CR-0039 WBS

            Plaintiff,
       v.

YAMA MARIFAT,

            Defendant.
_____

UNITED STATES OF AMERICA,          No. 2:11-CR-0090 WBS

            Plaintiff,
       v.

GREGORY L. JACKSON,

            Defendant.
_____

UNITED STATES OF AMERICA,          No: 2:11-CR-0291 WBS

            Plaintiff,
       v.

WALTER DANIEL OLMSTEAD,

            Defendant.
```

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:11-CR-0292 WBS |
| Plaintiff, | |
| v. | |
| ROBERT ROSE, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | No. 2:11-CR-0492 WBS |
| Plaintiff, | |
| v. | |
| KENNETH A. SWANGER, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | No. 2:11-CR-511 WBS |
| Plaintiff, | |
| v. | |
| WILEY C. CHANDLER, ANTHONY B. JOACHIM | |
| Defendants. | |

The above-entitled cases are currently set for status hearings on **September 14, 2015.**

The related case, <u>United States v. Katakis, et al.</u>, Cr. No. 2:11-511 WBS, went to trial on February 4, 2014.  Several of the above-named defendants testified at that trial.  On March 11, 2014, a jury returned guilty verdicts against Andrew Katakis and Donald Parker for bid rigging and Katakis for obstruction of justice.  The jury could not reach a verdict on the conspiracy to commit mail fraud count.

3
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**

1  Katakis moved for a judgment of acquittal on the
2 obstruction count.  The Court granted the motion on May 9, 2014.
3 On June 6, 2014, the government filed a notice of appeal.  Four
4 days earlier, on June 2, Katakis had moved for a new trial on
5 the bid-rigging count.  Parker joined that motion.  On June 10,
6 2014, the Court stayed all proceedings pending receipt of an
7 order of remand from the Court of Appeals.  On August 31, 2015,
8 the Ninth Circuit affirmed the Court's order granting Katakis a
9 judgment of acquittal.
10  The outstanding motions for a new trial remain to be
11 resolved.  If those motions are granted, the co-conspirators in
12 the above-named cases may be called as trial witnesses.  The
13 government will not be able to fully determine its sentencing
14 recommendation for defendants Ghio, Hutz, Vanzetti, Northcutt,
15 Marifat, Jackson, Olmstead, Rose, Swanger, Chandler, and Joachim
16 until after all trials in the related cases have been completed.
17  Therefore, per agreement with defense counsel, it is
18 respectfully requested that the existing status conference be
19 continued to **January 11, 2016** at 9:30 a.m.  The United States
20 Probation Office is in accord with this approach.  It is
21 anticipated that at that time, the parties will be in a better
22 \\
23 \\
24 \\
25 \\
26 \\
27 \\
28

4
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**

1  position to request dates for judgment and sentencing and
2  disclosure schedules for presentence reports.
3
4  Dated: September 3, 2015              Respectfully submitted,
5
                                         /s/ Anna Tryon Pletcher
6                                        Anna Tryon Pletcher
                                         Tai S. Milder
7                                        May Lee Heye
                                         Kelsey C. Linnett
8                                        Trial Attorneys
                                         U.S. Department of Justice
9                                        Antitrust Division
10
                                         /s/ Michael S. Thorman *
11                                       MICHAEL S. THORMAN
                                         Counsel for Anthony Ghio
12
13                                       /s/ Kresta Nora Daly *
                                         KRESTA NORA DALY
14                                       Counsel for Theodore B. Hutz
15
                                         /s/ Christopher H. Wing *
16                                       CHRISTOPHER H. WING
                                         Counsel for John R. Vanzetti
17
                                         /s/ Doron Weinberg *
18                                       DORON WEINBERG
                                         Counsel for Richard W.
19                                       Northcutt
20
                                         /s/ Richard Tamor *
21                                       RICHARD TAMOR
                                         Counsel for Yama Marifat
22
23                                       /s/ Donald H. Heller *
                                         DONALD H. HELLER
24                                       Counsel for Gregory L.
                                         Jackson
25
26                                       /s/ Carl M. Faller *
                                         CARL M. FALLER
27                                       Counsel for Walter Daniel
                                         Olmstead
28

5
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**

```
                              /s/ Ismail Ramsey *
                              ISMAIL RAMSEY
                              Counsel for Robert Rose

                              /s/ William J. Portanova *
                              WILLIAM J. PORTANOVA
                              Counsel for Kenneth A.
                              Swanger

                              /s/ Jeffrey L. Bornstein *
                              JEFFREY L. BORNSTEIN
                              Counsel for Wiley C. Chandler

                              /s/ Thomas A. Johnson *
                              THOMAS A. JOHNSON
                              Counsel for Anthony B.
                              Joachim
```

\* Signed with permission.

ORDER

For the reasons stated above, the Court continues the status conference for defendants Anthony B. Ghio, Theodore B. Hutz, John R. Vanzetti, Richard W. Northcutt, Yama Marifat, Gregory L. Jackson, Walter Daniel Olmstead, Robert Rose, Kenneth A. Swanger, Wiley C. Chandler, and Anthony B. Joachim from **September 14, 2015** to **January 11, 2016 at 9:30 a.m.**

IT IS SO ORDERED.

Dated: September 3, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

6
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**