1  Edward P. Sangster (SBN 121041)
   ed.sangster@klgates.com
2  K&L GATES LLP
   4 Embarcadero Center, Suite 1200
3  San Francisco, CA  94111
   Telephone: 415.882.8200
4  Facsimile: 415.882.8220

5  Attorneys for Defendant
   WILEY C. CHANDLER
6

7

8                  UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No. 2:11-CR-0511 WBS

12                Plaintiff,

13          v.                          **STIPULATION AND [~~PROPOSED~~]
                                        ORDER REGARDING RETURN OF
                                        WILEY CHANDLER'S PASSPORT**

14  WILEY C. CHANDLER,

15                Defendant.            Courtroom:  5
                                        Judge:  Honorable William B. Shubb
16

17

18

19

20

21

22

23

24

25

26

27

28

---

**STIPULATION AND [PROPOSED] ORDER REGARDING RETURN OF WILEY
CHANDLER'S PASSPORT**

This matter was initiated by the filing of an Indictment on December 7, 2011, charging the defendant, WILEY CHANDLER, with a violation of 15 U.S.C § 1 Bid Rigging, and 18 U.S.C. § 1349 Conspiracy to Commit Mail Fraud (counts one and two respectively).

The defendant made an initial appearance on December 13, 2011, at which time not guilty pleas were entered.  An Unsecured Appearance Bond was filed that same day [Dkt. No. 18], along with a Notice to Defendant Being Released [Dkt. No. 19] and an Order Setting Conditions of Release [Dkt. No. 23].  This Court entered a Stipulated Order terminating Mr. Chandler's Pretrial Services Supervision on October 22, 2014 [Dkt. No. 359.]  During these proceedings, Mr. Chandler surrendered his passport.  Mr. Chandler's passport has not been returned to him despite the termination of his Pretrial Services Supervision.

In light of circumstances set forth herein above, the defendant WILEY CHANDLER, through his counsel of record, Edward Sangster, and plaintiff United States of America, through its counsel, Trial Attorney Anna Tryon Pletcher, agree and stipulate that Mr. Chandler's passport should be returned to him, and that he may travel outside the Eastern and Northern Districts of California without permission of Pretrial Services.

All other conditions of release shall remain in effect.

IT IS SO STIPULATED.

K&L GATES LLP

Dated:  January 14, 2016          By:      */s/ Edward P. Sangster*
                                           Edward P. Sangster
                                           Attorneys for Defendant Wiley C. Chandler


UNITED STATES DEPARTMENT OF JUSTICE, ANTITRUST DIVISION

Dated:  January 14, 2016          By:      */s/ Anna T. Pletcher* (authorized on 1/11/2016)
                                           Anna Tryon Pletcher
                                           Trial Attorney
                                           U.S. Department of Justice
                                           Antitrust Division

1

**STIPULATION AND [PROPOSED] ORDER REGARDING RETURN OF WILEY CHANDLER'S PASSPORT**

**ORDER**

GOOD CAUSE APPEARING THEREFORE, and pursuant the stipulation of the parties, IT IS HERBY ORDERED that Mr. Chandler's passport be returned to him, and that he may travel outside the Eastern District.  All other conditions of release shall remain in effect.

IT IS SO ORDERED.

Dated:  January 14, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2
**STIPULATION AND [PROPOSED] ORDER REGARDING RETURN OF WILEY CHANDLER'S PASSPORT**