MAY LEE HEYE (Cal. Bar No. 209366)
TAI S. MILDER (Cal. Bar No. 267070)
LESLIE A. WULFF (Cal. Bar No. 277979)
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, California 94102-3478
Telephone: (415) 934-5300

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 2:11-CR-511-WBS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND SUBPOENA RETURN DATE** |
| v. | |
| ANDREW B. KATAKIS and DONALD M. PARKER, | |
| Defendants. | |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND SUBPOENA RETURN DATE**

The parties have been contacted by attorneys at Higgs, Fletcher & Mack requesting a one-week extension of time to produce documents pursuant to the subpoena dated December 24, 2015, attached as Attachment 1. The current subpoena return date is January 15, 2016. The request for an extension of time is based on Mr. Pfingst not being available to review the documents because he is completing a three-month trial. The parties have conferred and have no objection to this request for a one-week extension. Therefore, it is respectfully requested that the Court grant a one-week extension of time, thereby extending the deadline until January 22, 2016, for Mr. Pfingst to produce documents to the Court pursuant to the subpoena attached hereto.

Dated: January 14, 2016

Respectfully submitted,

/s/ May Lee Heye
May Lee Heye
Tai S. Milder
Leslie A. Wulff
Trial Attorneys
U.S. Department of Justice
Antitrust Division

/s/ Jennifer A. Huber *
Elliot R. Peters
Steven A. Hirsch
Jennifer A. Huber
Elizabeth K. McCloskey
Keker & Van Nest LLP
Counsel for Andrew Katakis

* Signed with permission.

ORDER

For the reasons stated above, the Court extends the subpoena return date of the subpoena dated December 24, 2015 from January 15, 2016 to **January 22, 2016**.

IT IS SO ORDERED.

Dated: January 15, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
**STIPULATION AND [PROPOSED] ORDER TO EXTEND SUBPOENA RETURN DATE**