UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>ANDREW B. KATAKIS, DONALD M. PARKER, and W. THEODORE LONGLEY,<br><br>        Defendants. | CR. NO. 2:11-511 WBS |
| ANDREW B. KATAKIS and CAPITAL EQUITY MANAGEMENT GROUP, INC., a California corporation,<br><br>        Plaintiffs,<br><br>   v.<br><br>WILEY CHANDLER, STEVEN SWANGER, KENNEN SWANGER, RICHARD NORTHCUTT, and DOES 1 through 20, inclusive,<br><br>        Defendants. | CIV. NO. 2:15-02526 MCE KJN |

----oo0oo----

1            Examination of the above-entitled actions reveals that
2 the cases are related within the meaning of Local Rule 123(a)
3 because both cases stem from the same foreclosure sale auctions.
4 Moreover, the individual plaintiff and some of the defendants in
5 the civil case are defendants in the criminal case and the
6 allegations in the civil case are based on the trial testimony
7 and investigation in the criminal case.  Accordingly, the
8 assignment of the matters to the same judge is likely to effect a
9 substantial saving of judicial effort and is also likely to be
10 convenient for the parties.
11            The parties should be aware that relating the cases
12 under Local Rule 123 merely has the result that both actions are
13 assigned to the same judge; no consolidation of the actions is
14 effected.  Under the regular practice of this court, related
15 cases are generally assigned to the judge and magistrate judge to
16 whom the first filed action was assigned.
17            IT IS THEREFORE ORDERED that the actions denominated
18 United States v. Katakis, et al., No. 2:11-CR-511 WBS and
19 Katakis, et al. v. Chandler, et al., 2:15-CV-02526 MCE KJN, be,
20 and the same hereby are, deemed related.  The case denominated
21 Katakis, et al. v. Chandler, et al., 2:15-CV-02526 MCE KJN shall
22 be reassigned to the Honorable WILLIAM B. SHUBB.
23            Any dates currently set in the reassigned case only
24 are hereby VACATED.  Henceforth, the caption on documents filed
25 in the reassigned case shall be shown as Katakis, et al. v.
26 Chandler, et al., 2:15-CV-02526 WBS KJN.
27            IT IS FURTHER ORDERED that the Clerk of the Court
28 make appropriated adjustment in the assignment of civil cases to

compensate for this reassignment.

Dated: January 25, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE