1  Edward P. Sangster (SBN 121041)
   ed.sangster@klgates.com
2  K&L GATES LLP
   Four Embarcadero Center, Suite 1200
3  San Francisco, CA 94111
   Telephone: +1 415 882 8200
4  Facsimile: +1 415 882 8220

5  Attorney for Defendant
   WILEY C. CHANDLER

6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **EASTERN DISTRICT OF CALIFORNIA**
9
                           **SACRAMENTO DIVISION**
10

11 | UNITED STATES,              | Case No. 2:11-CR-00511-01 WBS |
12 |            Plaintiff,       | **ORDER (1) MODIFYING STANDARD CONDITION OF SUPERVISION NO. 9 TO PERMIT ASSOCIATION WITH CERTAIN CO-DEFENDANTS IN CIVIL LITIGATION AND (2) CORRECTING A CLERICAL ERROR** |
13 |       vs.                   | |
14 | WILEY CHANDLER,             | |
15 |            Defendant.       | |
16 |                             | Date:      October 31, 2016 |
17 |                             | Time:      9:00 a.m. |
   |                             | Ctrm:      5 |

18

19

20

21

22

23

24

25

26

27

28

**CHANDLER'S MOTION TO MODIFY CONDITION OF SUPERVISION NO. 9 AND CORRECT A CLERICAL ERROR**

Wiley Chandler's Motion for an Order (1) modifying one of the conditions of his supervised release and (2) correcting a clerical error in his sentence came on for hearing on October 31, 2016.  Mr. Chandler was present in court and was represented by Edward Sangster of the firm of K&L Gates LLP and Dana A. Suntag of Herum\Crabtree\Suntag.  Kelsey C. Linnett of the United States Department of Justice Antitrust Division appeared on behalf of the United States of America, after having previously filed a statement of non-opposition to Mr. Chandler's motion.

The Court, having considered the matter, rules as follows:

The motion is GRANTED IN PART, as set forth in this order.

1. Standard Condition of Supervised Release No. 9 in the Judgment [Dkt. 564] is hereby modified to permit Mr. Chandler to communicate, without requesting permission, with Kenneth Swanger and Richard Northcutt in connection with defense of the lawsuits entitled *Capital Equity Management Group, Inc. v. Steven A. Swanger, et al.*; Stanislaus County Superior Court Case No. 2009158; and *Katakis, et al. v. Chandler, et al.*; United States District Court, Eastern District of California, Case No. 2:15-CV-02526-WBS.

2. The failure to waive interest on the fine imposed on Mr. Chandler [Dkt. 564 at p. 8] was a clerical error in the Judgment.  The Court intended to waive interest on both the fine and restitution.  The Judgment is hereby amended to waive interest on the fine, as well as restitution.

Dated:  November 4, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

**ORDER MODIFYING CONDITION OF SUPERVISED RELEASE NO. 9 AND CORRECTING CLERICAL ERROR**

Recycled Paper

```
                              _____

Approved as to form:


Dated:
ANN O'BRIEN
Assistant Chief, Legal Policy Section
KELSEY C. LINNETT
Trial Attorney
U.S. Department of Justice
Antitrust Division



By _____/s/*_____
KELSEY C. LINNETT
Counsel for the
UNITED STATES OF AMERICA

*per authorization granted in November 4, 2016 email
```