UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ANDREW B. KATAKIS,<br><br>        Defendant. | No.  2:11-CR-0511 WBS<br><br>**ORDER** |

----oo0oo----

At the last hearing, the parties were warned of the potential consequences of their failure to agree that the decision of the special master on their pending discovery dispute would be final.  The court is now informed that they are unable to agree on that question.

Accordingly, a Status Conference is hereby set for Monday, November 28, 2016 at 1:30 p.m. in Courtroom 5 to discuss how this matter shall further proceed.  Counsel for defendants Chandler and Katakis and the United States shall personally appear at the conference.

1

IT IS SO ORDERED.

Dated: November 22, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE