PHILLIP A. TALBERT
United States Attorney
KURT A. DIDIER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>WILEY C. CHANDLER,<br><br>              Defendant. | Criminal Case No.: 2:11-CR-00511-WBS<br><br>**STIPULATION FOR ORDER REQUIRING PAYMENT OF CURRENCY HELD BY THE UNITED STATES CUSTOMS AND BORDER PROTECTION TO BE APPLIED TO RESTITUTION; AND ORDER** |

The United States and defendant Wiley C. Chandler (the Parties) stipulate as follows:

1. A judgment was filed in this case against Defendant on September 27, 2016. ECF No. 564. The judgment orders Defendant to pay a $200.00 assessment, $500,000.00 fine, and $614,982.44 in restitution. Defendant has paid the assessment and a small portion of the restitution. There remains an unpaid balance on the fine and restitution amounts of over $1,000.000.00.

2. On September 1, 2016, Chandler was traveling through the Charlotte-Douglas International Airport, located in Charlotte, North Carolina. Following an encounter with officers from the Department of Homeland Security, officials seized $60,060.00 in currency from Defendant pursuant to 18 U.S.C. §§ 981 and 1956, and 21 U.S.C. § 881. The $60,060.00 is in the custody of the United States Customs and Border Protection.

///

3. Defendant's deadline to file a petition opposing the forfeiture process of the seized currency has not run. The Parties agree that the $60,060.00 can and should be applied towards Defendant's unpaid restitution order. 18 U.S.C. §§ 3613 and 3664(m)(1)(A)(i). Accordingly, the Parties request that the Court sign the proposed order below directing the United States Customs and Border Protection to pay to the Clerk of Court the $60,060.00 in seized currency so that it may be applied towards Defendant's unpaid restitution in this case.

4. Once the United States Customs and Border Protection pays the $60,060.00 in seized currency to the Clerk of Court as required by the accompanying order, Defendant fully and finally releases the United States, its agencies, departments, employees, servants, contractors, and agents (collectively the United States) from any claims (including attorney's fees, costs, and expenses of every kind and however denominated) which Defendant asserted, could have asserted, or may assert in the future against the United States related to the seizure of the $60,060.00.

Respectfully submitted,

FOR THE UNITED STATES:            PHILLIP A. TALBERT
                                  United States Attorney

Dated: November 29, 2016    By:   */s/ Kurt A. Didier*
                                  KURT A. DIDIER
                                  Assistant United States Attorney

FOR DEFENDANT WILEY C. CHANDLER:

Dated: November 29, 2016    By:   */s/ Wiley C. Chandler*
                                  WILEY C. CHANDLER

APPROVED AS TO FORM AND CONTENT:  HERUM\CRABTREE\SUNTAG

Dated: November 29, 2016    By:   */s/ Dana A. Suntag*
                                  DANA A. SUNTAG, ESQ.
                                  Attorneys for defendant WILEY C. CHANDLER

**O R D E R**

The Court, having reviewed the court files and the Parties' stipulation for order requiring payment of currency held by the United States Customs and Border Protection to be applied towards defendant Wiley C. Chandler's unpaid restitution (the Stipulation), and good cause appearing therefrom, hereby APPROVES the Stipulation.  Accordingly, IT IS ORDERED that the United States Customs and Border Protection shall:

    1.    Within twenty (20) days of the filing of this order, deliver to the Clerk of Court a check or money order in the amount of $60,060.00 and made payable to the "Clerk of Court" (the Payment).

    2.    Mail or deliver the Payment to the Office of the Clerk, United States District Court, Eastern District of California, 501 I Street, Suite 4-200, Sacramento, California 95814.  The United States Customs and Border Protection shall also state the docket number (Case No.: 2:11-CR-00511-WBS) on the payment instrument and, if it desires a payment receipt, shall include a self-addressed, stamped envelope with the payment.

IT IS SO ORDERED.

Dated:  November 29, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE