DANA A. SUNTAG (State Bar #125127)
HERUM/CRABTREE/SUNTAG
A CALIFORNIA PROFESSIONAL CORPORATION
5757 Pacific Avenue, Suite 222
Stockton, California 95207
Telephone: (209) 472-7700
Facsimile: (209) 472-7986
dsuntag@herumcrabtree.com

Attorneys for Defendant
WILEY C. CHANDLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:11-CR-00511-01 WBS |
| Plaintiff, | **STIPULATION AND ORDER TO DEFER DATE FOR DEFENDANT WILEY C. CHANDLER TO SURRENDER FOR SERVICE OF SENTENCE** |
| v. | |
| WILEY C. CHANDLER, | |
| Defendant. | **[No hearing required]** |

R E C I T A L S

A. On September 27, 2016, this Court issued a judgment as to Defendant Wiley C. Chandler, directing that he surrender for service of a seven month sentence before 2 p.m. on February 1, 2017, and that he pay a fine of $500,000, restitution of $614,982.44, and an assessment of $200 pursuant to a Schedule of Payments to be agreed on. (Doc. No. 564).

B. On November 4, 2016, this Court issued an Amended Judgment modifying other provisions in the Judgment. (Doc. No. 578).

C. Mr. Chandler has met, and continues to meet, with the Department of Justice to attempt to reach agreement on a Schedule of Payments. To date, Mr. Chandler has paid the government $210,499.35 towards his sentence.

D. Mr. Chandler represents and warrants the following: he is the owner and operator of an approximately 36,000 square foot grocery store located in Stockton, California. The grocery store is Mr. Chandler's primary means of supporting himself and his wife and the four (of his five) children that he still supports. (Mr. Chandler no longer engages in foreclosure activities.) Mr. Chandler has been working diligently to organize his affairs and to arrange for proper operation of the grocery store during his period of incarceration but needs a short amount of additional time to complete these tasks. Among other things, Mr. Chandler is in the process of remodeling portions of the grocery store and wishes to complete that process before he is incarcerated. Once the remodel is complete, Mr. Chandler intends to rent out the remodeled portions of the building and has retained a realtor for that purpose. The additional rent this is projected to generate is necessary for Mr. Chandler's family's support and to assist in the payment of amounts due under the judgment. Likewise, proper operation of the grocery store is essential both to the support of Mr. Chandler and his family and to enable Mr. Chandler to continue paying on his sentence. The recent payments Mr. Chandler has made on his judgment have severely impacted the amount of funds he has for ongoing operations, and he needs the additional time this

1  stipulation requests to generate additional income.

2        E.     Based on the foregoing representations by Mr. Chandler, the
3  government has no objection to Mr. Chandler deferring the date on which he must
4  surrender for sentence until February 28, 2017.

5  <u>S T I P U L A T I O N</u>

6  IT IS STIPULATED AND AGREED by the United States and
7  Mr. Chandler, through their attorneys of record, that Mr. Chandler's judgment be
8  amended so that he may defer the date on which he must surrender for service of his
9  sentence until 2 p.m. on February 28, 2017

10 Dated: January 23, 2017        HERUM \ CRABTREE \ SUNTAG
                                           A California Professional Corporation

11
12                                    By:      */s/ Dana A. Suntag*
                                              DANA A. SUNTAG
                                              Attorneys for Defendant
13                                               WILEY C. CHANDLER

14 Dated: January 23, 2017        U.S. DEPARTMENT OF JUSTICE

15                                    By:      */s/ Kelsey C. Linnett*
16                                               ANN O'BRIEN
                                              KELSEY C. LINNETT
17                                               Attorneys for the Government

18 <u>O R D E R</u>

19 It is so ordered. Mr. Chandler shall surrender for service of sentence
20 before 2:00 p.m. on February 28, 2017.

21 Dated: January 23, 2017

22                                  WILLIAM B. SHUBB
23                                  UNITED STATES DISTRICT JUDGE

24
25
26
27
28

