UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW B. KATAKIS, et al.,<br><br>　　　　Defendants. | **NO. 2:11-CR-00511-WBS-2**<br><br>**ORDER CONTINUING STATUS CONFERENCE**<br><br>**Date: January 30, 2017**<br>**Time: 9:00 a.m.**<br>**Place: Courtroom 5** |

The Court has reviewed and considered the Request for Continuance of Status Conference filed on January 27, 2017, by Defendant Wiley Chandler. Notwithstanding the request, the court desires to proceed with the conference on January 30, 2017, as scheduled. IT IS THEREFORE ORDERED that the request for a continuance of the status conference is DENIED.

Dated: January 27, 2017

_/s/ William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE